UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEITH RUCKER, | No. 2:14-cv-02523 MCE AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| THOMAS A. FERRARA, | |
| Defendants. | |

A recent court order was served on plaintiff's address of record and returned by the postal service. The returned order indicates that plaintiff is no longer in custody.

A review of the docket shows that on January 30, 2015, the Clerk filed a letter from plaintiff in which he indicated that he expected to be released from custody in February and provided a prospective address. ECF No. 10 at 2. The Clerk of the Court will be directed to re-serve the April 6, 2015 order (ECF No. 16) on plaintiff at the address he previously provided, and plaintiff will be ordered to submit a formal change of address pursuant to Local Rule 182(f). The order to be re-served on plaintiff directed him to file a response to the defendant's motion to dismiss within twenty-one days. ECF No. 16. Plaintiff will be given additional time to comply with that order.

Additionally, since it appears plaintiff has been released from custody and he has not paid the filing fee, within thirty days from the filing date of this order he must either pay the filing fee

1

1  in full or submit a non-prisoner application to proceed in forma pauperis, which the Clerk will be
2  directed to provide.  Failure to comply with this order will result in a recommendation that this
3  action be dismissed without prejudice.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1.  Within twenty-one days of the filing of this order, plaintiff must file a notice of change
6  of address.
7       2.  Within thirty days of the filing of this order, plaintiff must either pay the filing fee in
8  full or submit a non-prisoner application to proceed in forma pauperis.
9       3.  The Clerk of the Court is directed to serve a copy of the April 6, 2015 order (ECF No.
10 16), this order, and a blank in forma pauperis application used by non-prisoners on plaintiff at
11 both his address of record and the anticipated address previously provided by plaintiff,
12 specifically 19 Werden St., Vallejo, CA 94590.
13      4.  Plaintiff has twenty-one days from the date of this order to comply with the April 6,
14 2015 order (ECF No. 16).
15      4.  Failure to comply with this order will result in a recommendation that this action be
16 dismissed without prejudice
17 DATED: April 22, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2